| 06001 PAY RATE | 12.60 | 30639 CORBITT, LAURA A. | Fed: S001 St: S002 | Year-to-Date |
|---|---|---|---|---|

| Earnings | Hours | Amount | Deductions | | | | |
|---|---|---|---|---|---|---|---|
| REGULAR | 2977 | 37510 | AHB | 3459 | LIFE | 286 | |
| VAC | 800 | 10080 | BRKLYN | 860 | MEDICAR | 624 | |
| IMP INC | | 062 | CIGDNPP | 921 | OHIO | 838 | |
| | | | EMP FIC | 2665 | STD | 567 | |
| | | | FED W/H | 3867 | 401K A | 476 | |
| | | | GARN132 | 9684 | | | |
| | | | LTD50 | 163 | | | |
| | | | 401K LN | 2444 | | | |

2008 JUN 24 PM 04:45
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Year-to-Date:
- Gross 1231172
- Fed 102593
- State 22645
- 401k 12296
- PIK 1543
- Local 22290

Total Gross 476.52    Total Deductions 268.54

Comment                                    Net Pay    $207.36

——— REMOVE DOCUMENT ALONG THIS PERFORATION ———

| AMERICAN SIGNATURE INC. | | | | Period End Date: 06/07/08 | | | Check No 98583040 | |
|---|---|---|---|---|---|---|---|---|
| 06001 PAY RATE | | 12.60 | | 30639 CORBITT, LAURA A. | | | | |
| Earnings Hours | Amount | | Deductions | | | Fed: S001 St: S002 | Year-to-Date | |
| REGULAR 3787 | 47716 | AHB | 3459 | LIFE | 286 | | Gross | 1183520 |
| IMP INC | 062 | BRKLYN | 862 | MEDICAR | 625 | | FICA | 81972 |
| | | CIGDNPP | 921 | OHIO | 843 | | Fed | 98726 |
| | | EMP FIC | 2673 | STD | 567 | | State | 21807 |
| | | FED W/H | 3886 | 401K A | 477 | | 401k | 11820 |
| | | GARN132 | 9707 | | | | PIK | 1481 |
| | | LTD50 | 163 | | | | Local | 21430 |
| | | 401K LN | 2444 | | | | | |
| Total Gross | 477.78 | | | Total Deductions | | 269.13 | | |

Comment          Net Pay    $208.03

──── REMOVE DOCUMENT ALONG THIS PERFORATION ────



AMERICAN SIGNATURE INC.                Period End Date: 05/31/08           CHECK NO 98981240
06001 PAY RATE         12.60         30639 CORBITT, LAURA A.
Earnings Hours Amount       D e d u c t i o n s        Fed: S001 St: S002   Year-to-Date

| Earnings | Hours | Amount | Deductions | | Deductions | | | | Year-to-Date | |
|---|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 3666 | 46192 | AHB | 3459 | LIFE | 286 | | | Gross | 1135742 |
| HOLIDAY | 800 | 10080 | BRKLYN | 1033 | MEDICAR | 749 | | | FICA | 78674 |
| IMP INC | | 062 | CIGDNPP | 921 | OHIO | 1184 | | | Fed | 94840 |
| | | | EMP FIC | 3203 | STD | 567 | | | State | 20964 |
| | | | FED W/H | 5156 | 401K A | 563 | | | 401K | 11343 |
| | | | GARN132 | 11237 | | | | | PIK | 1419 |
| | | | LTD50 | 163 | | | | | Local | 20568 |
| | | | 401K LN | 2444 | | | | | | |

Total Gross         563.34                  Total Deductions        309.65

Net Pay         $253.07

Comment

────────────── REMOVE DOCUMENT ALONG THIS PERFORATION ──────────────

| 06001 PAY RATE | | 12.60 | 30639 CORBITT, LAURA A. | Fed: S001 St: S002 | Year-to-Date | |
|---|---|---|---|---|---|---|
| Earnings | Hours | Amount | Deductions | | | |
| REGULAR | 4000 | 50400 | AHB | 3459 | LIFE | 286 |
| OFFC SPF | | 3500 | BRKLYN | 1035 | MEDICAR | 750 |
| OT OFFIC | 130 | 2457 | CIGDNPP | 921 | OHIO | 1188 |
| IMP INC | | 062 | EMP FIC | 3209 | STD | 567 |
| | | | FED W/H | 5169 | 401K A | 564 |
| | | | GARN132 | 11252 | | |
| | | | LTD50 | 163 | | |
| | | | 401K LN | 2444 | | |

| | YTD |
|---|---|
| Gross | 1079408 |
| FICA | 74722 |
| Fed | 89684 |
| State | 19780 |
| 401k | 10780 |
| PIK | 1357 |
| Local | 19535 |

Total Gross 564.19    Total Deductions 310.07

Net Pay $253.50

Comment

— REMOVE DOCUMENT ALONG THIS PERFORATION —

| 06001 PAY RATE | | 12.60 | | 30639 CORBITT, LAURA A. Fed: S001 St: S002 | | Year-to-Date | |
|---|---|---|---|---|---|---|---|
| Earnings | Hours | Amount | Deductions | | | | |
| REGULAR | 3824 | 48182 | AHB | 3459 | LIFE | 286 | Gross | 102298 |
| IMP INC | | 062 | BRKLYN | 872 | MEDICAR | 632 | FICA | 7076 |
| | | | CIGDNPP | 921 | OHIO | 861 | Fed | 8451 |
| | | | EMP FIC | 2702 | STD | 567 | State | 1859 |
| | | | FED W/H | 3955 | 401K A | 482 | 401k | 1021 |
| | | | GARN132 | 9790 | | | PIK | 129 |
| | | | LTD50 | 163 | | | Local | 1850 |
| | | | 401K LN | 2444 | | | | |
| Total Gross | | 482.44 | | | Total Deductions | 271.34 | | |

Net Pay $210.4

Comment

— REMOVE DOCUMENT ALONG THIS PERFORATION —

| 06001 PAY RATE | | 12.60 | | 30639 CORBITT, LAURA A. | | Fed: S001 St: S002 | Year-to-Date | |
|---|---|---|---|---|---|---|---|---|
| Earnings | Hours | Amount | Deductions | | | | | |
| REGULAR | 3867 | 48724 | AHB | 3459 | LIFE | 286 | Gross | 974745 |
| IMP INC | | 062 | BRKLYN | 882 | MEDICAR | 640 | FICA | 67429 |
| | | | CIGDNPP | 921 | OHIO | 883 | Fed | 80560 |
| | | | EMP FIC | 2735 | STD | 567 | State | 17731 |
| | | | FED W/H | 4035 | 401K A | 487 | 401k | 9734 |
| | | | GARN132 | 9887 | | | PIK | 1233 |
| | | | LTD50 | 163 | | | Local | 17628 |
| | | | 401K LN | 2444 | | | | |
| Total Gross | | 487.86 | | | Total Deductions | 273.89 | | |

Comment

Net Pay   $213.35

— REMOVE DOCUMENT ALONG THIS PERFORATION —

```
06001  PAY RATE          12.60      30639 CORBITT, LAURA A.
Earnings Hours  Amount       D e d u c t i o n s      Fed: S001  St: S002    Year-to-Date

REGULAR  3666   46192  AHB        3459  LIFE      286           Gross    925959
IMP INC           062  BRKLYN      832  MEDICAR   603           FICA      64054
                       CIGDNPP     921  OHIO      782           Fed       76525
                       EMP FIC    2579  STD       567           State     16848
                       FED W/H    3659  401K A    462           401k       9247
                       GARN132    9434                          PIK        1171
                       LTD50       163                          Local     16746
                       401K LN    2444

Total Gross     462.54               Total Deductions   261.91

Comment                                                    Net Pay   $200.01
```

──────── REMOVE DOCUMENT ALONG THIS PERFORATION ────────

| 06001 PAY RATE | | 12.60 | | | 30639 CORBITT, LAURA A. Fed: S001 St: S002 | | Year-to-Date | |
|---|---|---|---|---|---|---|---|---|
| Earnings | Hours | Amount | Deductions | | | | | |
| REGULAR | 3048 | 38405 | AHB | 3459 | MEDICAR | 665 | Gross | 879705 |
| SICK | 800 | 10080 | BRKLYN | 918 | OHIO | 953 | FICA | 60872 |
| OFFC SPF | | 2000 | CIGDNPP | 921 | STD | 567 | Fed | 72866 |
| IMP INC | | 062 | EMP FIC | 2844 | 401K A | 505 | State | 16066 |
| | | | FED W/H | 4297 | | | 401k | 8785 |
| | | | LTD50 | 163 | | | PIK | 1109 |
| | | | 401K LN | 2444 | | | Local | 15914 |
| | | | LIFE | 286 | | | | |
| Total Gross | | 505.47 | | | Total Deductions | 180.22 | | |

Net Pay $324.63

Comment

— REMOVE DOCUMENT ALONG THIS PERFORATION —



AMERICAN SIGNATURE INC.  Period End Date: 04/19/08  Check No ─────
06001 PAY RATE        12.60      30639 CORBITT, LAURA A.
Earnings Hours Amount        D e d u c t i o n s        Fed: S001 St: S002   Year-to-Date

| Earnings | Hours | Amount | Deduction | Amount | Deduction | Amount | | YTD | Amount |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 3730 | 46998 | AHB | 3459 | MEDICAR | 615 | | Gross | 829158 |
| IMP INC | | 062 | BRKLYN | 848 | OHIO | 814 | | FICA | 57363 |
| | | | CIGDNPP | 921 | STD | 567 | | Fed | 68569 |
| | | | EMP FIC | 2629 | 401K A | 470 | | State | 15113 |
| | | | FED W/H | 3779 | | | | 401k | 8280 |
| | | | LTD50 | 163 | | | | PIK | 1047 |
| | | | 401K LN | 2444 | | | | Local | 14996 |
| | | | LIFE | 286 | | | | | |
| Total Gross | | 470.60 | | | Total Deductions | | 169.95 | | |
| | | | | | | | Net Pay | | $300.03 |

Comment

— REMOVE DOCUMENT ALONG THIS PERFORATION —



| Earnings | Hours | Amount | Deductions | | | | Fed: S001 St: S002 | Year-to-Date | |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 3717 | 46834 | AHB | 3459 | MEDICAR | 612 | | Gross | 782098 |
| IMP INC | | 062 | BRKLYN | 845 | OHIO | 808 | | FICA | 54119 |
| | | | CIGDNPP | 921 | STD | 567 | | Fed | 64790 |
| | | | EMP FIC | 2618 | 401K A | 468 | | State | 14299 |
| | | | FED W/H | 3755 | | | | 401k | 7810 |
| | | | LTD50 | 163 | | | | PIK | 985 |
| | | | 401K LN | 2444 | | | | Local | 14148 |
| | | | LIFE | 286 | | | | | |
| Total Gross | | 468.96 | | | Total Deductions | | 169.46 | | |

Net Pay $298.88

Comment

— REMOVE DOCUMENT ALONG THIS PERFORATION —



| AMERICAN SIGNATURE INC. | | | | 30639 CORBITT, LAURA A. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 06001 PAY RATE | | | 12.60 | | | Fed: S001 St: S002 | | Year-to-Date | | |
| Earnings | Hours | Amount | Deductions | | | | | | | |
| REGULAR | 3728 | 46973 | AHB | 3459 | MEDICAR | 615 | | Gross | | 735202 |
| IMP INC | | 062 | BRKLYN | 847 | OHIO | 813 | | FICA | | 50889 |
| | | | CIGDNPP | 921 | STD | 567 | | Fed | | 61035 |
| | | | EMP FIC | 2627 | 401K A | 470 | | State | | 13491 |
| | | | FED W/H | 3775 | | | | 401k | | 7342 |
| | | | LTD50 | 163 | | | | PIK | | 923 |
| | | | 401K LN | 2444 | | | | Local | | 13303 |
| | | | LIFE | 286 | Total Deductions | | 169.87 | | | |
| Total Gross | | 470.35 | | | | | | | | |
| | | | | | | | Net Pay | | $299.86 | |

Comment

— REMOVE DOCUMENT ALONG THIS PERFORATION —

